UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

> **FILED**
>
> December 22, 2020
>
> CLERK, US DSITRICT COURT
> EASTERN DISTRICT OF
> CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREY NIKOLAYEVICH KALUGIN,

Defendant.

Case No.  2:20-mj-00193-DB

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANDREY NIKOLAYEVICH

KALUGIN , Case No.  2:20-mj-00193-DB  Charge 18 USC § 1425, from custody for

the following reasons: for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

___X___   Unsecured Appearance Bond $   50,000 (co-signed)

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

___X___   (Other): With conditions of release as stated on the
record in court.

Issued at Sacramento, California on December 22, 2020 at 2:14 PM.

Dated:  December 22, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE